# CUMBERLAND COUNTY JAIL INMATE HANDBOOK



**50 County Way**
**Portland, Maine 04102**

Revised January 2009
Supercedes September 1999

4-ALDF-2A-28

EXHIBIT 9

**SECTION-I-ADMISSION** ........................................... 2

A. Intake ................................................................ 2
B. Property Taken During Admission ........................ 2-3
C. Items Issued To Inmates....................................... 3
D. Classification ...................................................... 4

**SECTION-II-RIGHTS**................................................4-7

A. Mail, Incoming / Outgoing..................................4-5
B. Access to the Courts / Law Library....................... 6
C. Recreation.........................................................6-7
D. Religion.............................................................. 7
E. Visitation..........................................................7-9
F. Diplomatic Representation .................................. 6

**SECTION-III-PRIVILEGES**.......................................9-11

A. Commissary.......................................................9-10
B. Telephone .......................................................... 10
C. Television........................................................... 11
D. Furloughs .......................................................... 11

**SECTION-IV-INMATE SERVICES**............................11-15

A. Food Services ...................................................... 11
B. Health Care......................................................11-12
C. Dental Care......................................................... 12
D. Social Services .................................................... 12
E. Laundry Services.................................................. 13
F. Religious Services................................................. 13
G. Library................................................................ 13
H. Education Programs ............................................ 14

**SECTION-V-SANITATION** .......................................... 16

A. Personal Hygiene .................................................. 16
B. Living Area .......................................................... 15
C. Day Room ............................................................ 15

**SECTION-VI-GRIEVANCE PROCEDURES** ................16-17

A. Filing a Grievance...............................................16-17

**SECTION-VII-DISCIPLINARY PROCEDURES** ...........17-26

A. Level of Offense .................................................... 17
B. Infractions...........................................................18-19
C. Sanctions.............................................................22-23
D. Informal Resolutions ............................................ 23
E. Filing of Charges .................................................. 24
F. Disciplinary Board ................................................ 24
H. Suspension of Privileges ........................................ 25
I. Hearing................................................................. 25
J. Appeal Procedures................................................. 26
K. Contraband........................................................... 23

**SECTION-VIII-GENERAL INFORMATION** .................. 26

A. Emergency Procedures .......................................... 26
B. Counts.................................................................. 27
C. Searches ............................................................... 27
D. Inmate Workers and Work Programs...................... 14
E. Voting.................................................................. 14
F. Time Calculation ................................................... 28
G. Addressing Staff.................................................... 28
H. Money.................................................................. 29
I. Telephone Privileges .............................................. 10
J. Notarization of Legal Papers.................................. 1
K. Transportation Options ........................................29
L. Pretrial Services ...................................................30
M. Sexual Abuse/Assault.......................................29-32
N. Pod/Cell Inspections............................................ 33

## NOTARIZATION OF LEGAL PAPERS

The services of a notary public are available to you without cost. Use the request form to request the services of a notary.

## INTRODUCTION

Our mission is to provide services designed to reintegrate the offender into the community while providing security services necessary for protection to the public.

This institution houses both sentenced and pre-sentenced inmates. We provide programming services to include, but not limited to, the following: medical, psychological, educational, recreational and a furlough program.

We do not discriminate on the basis of age, race, color, creed, national origin, disabling condition, or any other non-merit factor.

During your incarceration at this facility, you're expected to earn your way with responsible behavior, activity and productive work. Your full participation in the many decisions that affect you is expected and required.

We can help you to help yourself toward a time when you will again have full responsibility and control over your life.

## TO ALL INCOMING CUMBERLAND COUNTY INMATES

If you need medical or psychological assistance upon release, or help with housing, please inform the following departments or staff members as soon as you are incarcerated by filling out a request slip.

Help with a medical doctor or medicine...........Medical Department
Help with domestic violence/sexual aggression.........D/V Counselor
Help with counseling for alcohol or drugs.........Medical Department
Help with housing upon release.............................Release Planner

Note: When filling out a request form, if there is more than one service requested, use a separate request slip for each request.

**THESE SERVICES ARE HERE FOR YOU PLEASE LET US HELP YOU**

All references to his or her within this handbook are not intended to be gender specific.

Inmate Handbook Excerpt

**SECTION-I-ADMISSION**

Each person committed to the Cumberland County Jail will be permitted to make two complete phone calls. All calls will be made on a collect only basis.

**INTAKE**

Each inmate is required to answer certain questions designed to identify individual characteristics and to aid the jail staff during classification. In addition, each inmate will be photographed and fingerprinted. Other information may also be gathered during this booking process.

A. each inmate will be screened for medical problems. It is important that you answer all questions truthfully as they will be used to determine if immediate medical attention is needed. All information will be kept confidential and will become a permanent part of your medical record.
B. After the screening process, you must sign a Consent for Medical Treatment Form. You have the right to refuse medical treatment. Inmates refusing a T.B. test will result in segregation until further medical screening is complete. Inmates must have a physical exam and TB test before medical clearance will be granted for trustee status.
C. The nurse will explain the procedure for getting medical attention during incarceration. If you do not know the procedure, ask an Officer should you have a medical problem.
D. All medications will be taken by nurse/intake staff and inventoried. Medication will be stored for 30 days, then destroyed. If released in less than 30 days, medications must be retrieved within 48 hours of release or medication will be destroyed.

**PROPERTY TAKEN DURING ADMISSION**

A. All property taken from an inmate will be listed on a receipt. The inmate will sign the receipt as correct.
B. All money will be taken and put into an account listed in the in the inmate's name. A receipt for the money and property will be placed in the inmate's file after the Officer and the inmate have signed same.

**PROPERTY TAKEN DURING ADMISSION (CONT.)**

C. The inmate will be able to retain only the following items:
   A. Eye glasses
   B. Hearing aid(s)
   C. Dentures
   D. Medic Alert bracelet
   E. Religious Medallions
   F. Wedding band
   G. Necessary items approved by the Medical Department

D. Once property is secured in the property room, it will not be released back to you until your release from the facility. There are emergency exceptions for property removal, i.e. keys/ATM cards.

E. Inmates will be responsible for returning all issued items in good condition. The inmate will be required to pay for damaged, altered, or destroyed property.

**ITEMS ISSUED TO INMATES**

A. The following items will be issued to you upon entry into the facility.
   1. 1-- laundry bag
   2. 2-- pairs of pants (kitchen trustees receive 3 pair pants)
   3. 2-- shirts (kitchen trustees receive 3 shirts)
   4. 3-- pair of underwear
   5. 3-- pairs of socks
   6. 1-- blanket (additional blankets may be issued)
   7. 2-- sheets
   8. 2-- towels
   9. 1-- pair footwear
   10. 1-- hygiene packet which contains the following:
      A. toothbrush & toothpaste
      B. 1 bar soap
      C. comb
   11. 1- Inmate Handbook

B. Any additional items must be authorized in writing. All approval slips will be kept under the mattress at the head of the bunk. If you do not have an approval slip the extra items will be taken.

## CLASSIFICATION

Classification is the process that decides which living area you will stay in while you are here. Your current behavior, charge (s), past criminal history or behavior at this or other facilities will be considered by classification staff prior to placing you into another unit. You have the right to appeal your initial classification within 10 days and then no more frequently than every 60 days thereafter. You may state the reason for the change on the request form. If you have a concern for your safety, you should notify your housing unit Officer immediately. Inmates who have verifiable concerns about their safety may request a housing change. The classification staff will respond to your request and determine if a housing unit change is necessary. The classification of inmates is as follows: Maximum Security, close supervision, 4 hours out, high security housing and 15 minute checks. Medium Security: general population, 30 minute checks and 7 to 8 hours out. Minimum Security: general population, 1 hour checks and 12 to 13 hours out.

## STATE EARNED GOOD TIME (MERITORIOUS TIME)

Sentenced inmates at Cumberland County Jail **MAY EARN** meritorious time off their sentences.

If the crime an inmate is convicted of occurred on or after October 1, 1995 an inmate **MAY EARN** up to 5 days per month off their sentence, based on their conduct, participation in programs, and carrying out assigned work or duties.

## POINTS TO REMEMBER

- A month is defined as 30 calendar days.
- Meritorious time can be earned starting from the day of sentencing only.
- 5 days a month are broken down as follows:
  - 1 day-mandated by state,
  - 2 days-good behavior (no write ups)
  - 2 days-attending appropriate programs (substance abuse, GED classes, etc.)

## SECTION-II-RIGHTS

## MAIL

The Cumberland County Jail regards contact with family and friends as a vital mechanism for maintaining and strengthening ties outside the facility.

## MAIL-GENERAL

The Cumberland County Jail does not allow incoming or outgoing mail coming from or going to any person incarcerated in a juvenile or adult detention or correctional facility.

## OUTGOING

A. Outgoing mail will be inserted into the envelope and sealed by the inmate. All outgoing mail must include only, a complete legible name and address of the sender and recipient printed on the envelope. Nothing shall cover the name/address. Envelopes without this information may be opened and returned to sender. The inmates must use the name under which they were committed to the institution. The facility's address is:

**Cumberland County Jail**
**50 County Way**
**Portland, Maine 04102**

B. All outgoing mail will be deposited in the pod mailbox by the inmate.
C. Per Cumberland County Jail policy, any inmate with more than the current postage rate for a first class stamp on their books is required to buy stamps or stamped envelopes from Commissary.
D. Inmates without funds will be provided postage to send three (3) one-ounce letters per week and will be allowed to send unlimited number of letters to any court official or attorney, unless abuse is identified.
E. Outgoing mail may be opened and inspected when facility security is compromised or criminal activity is suspected.

## INCOMING

A. Excluding weekends and holidays, or emergency situations, incoming and outgoing letters are held for no more than 48 hours and packages are held no more than 72 hours.
B. All inmate mail, except legal mail, will be opened and inspected for contraband. Legal mail will be opened in the presence of the inmate.
C. Magazines, books or newspaper will only be allowed from the publisher or Amazon.com. Inmates will be limited to 2 magazine subscriptions. Publications will only be withheld from inmates if they contain information on the construction, fabrication, or use of firearms, bombs, or other weapons, or if contents fall within the facility's definition of pornography.

Inmate Handbook Excerpt

**DIPLOMATIC REPRESENTATION**

Foreign national inmates shall have access to the diplomatic representative of their country of citizenship. Requests for access shall be forwarded to the Classification Unit.

**ACCESS TO THE COURTS/LAW LIBRARY**

A. Any inmate who cannot afford an attorney, one will be appointed by the court of jurisdiction in their case.
B. All inmates, (except those who present a clear danger to the security and safety of the facility) are eligible to use the law reference material. Those inmates who present a clear and present danger will have necessary legal materials brought to their cell upon request.
C. Law reference material is available to inmates for legal research only and is not to be used for any other purpose.
D. Inmates who desire to use the law reference material must fill out an inmate request form which may be obtained from the Officer assigned to the unit. Additionally a cart containing law materials is scheduled for each housing area; see plan of the day.
E. Attorney visits are 7:45 a.m. to 10:30 a.m., 12:15p.m. to 2:30 p.m. and 3:15 p.m. to 4:30 p.m. See visit section for rules.

**RECREATION**

A variety of recreational programs are offered at the facility in which inmates may actively participate or act as a spectator. Availability and scheduling of these programs vary according to your living unit.

A. Each inmate who has been incarcerated will be afforded one (1) hour of exercise and recreation a day. If an inmate in a pod is not ready on time, the inmate will forfeit recreation for that day.
B. A schedule of recreation will be arranged to coincide with normal jail operations.
C. Rules governing recreation are as follows:
   1. Each scheduled unit will be given at least five (5) minutes to prepare for recreation. If an inmate in the pod is not ready on time, the inmate will forfeit recreation for that day.
   2. Inmates will have their ID, and wear the appropriate top and bottom to and from recreation.
   3. Inmates will conduct themselves in an orderly fashion during recreation and while en-route to and from the recreation area.
   4. Outdoor recreation will be changed to indoor recreation during inclement weather.
   5. No unit furnishings or other items i.e. blankets, crochet hooks or food items are allowed in the recreation area.

**RELIGION**

A member of the clergy is available for personal religious counseling. Requests for such services should be submitted on the request form. Religious services days and times will be posted in the day room of your housing unit. Inmates have the right to marry in this facility, there is a fee. Submit a request slip to the Chaplin for more information

**FILE ACCESS**

Inmates will be given reasonable access to their files. They will not be permitted to write in, take out or add anything to their files. The request forms will be forwarded to the Classification Unit.

**VISITATION**

The facility encourages visits with family and friends living outside the facility. Visitation rights of all inmates are recognized and every effort will be made to allow for visits at least twice weekly in as a relaxed as possible atmosphere. In order to allow as much privacy as possible while ensuring the order and security of the facility, the following visiting rules and regulations have been adopted.

1. All visitors must arrive at the jail 30 minutes prior to the scheduled visit. Visitors who are late will not be allowed to visit on that day.
2. All visitors must present positive photo identification, valid driver's license/State or Federal ID before being permitted to visit.
3. Visitors must complete a "Request to Visit an Inmate" form. In accordance with the General Laws, this form contains questions which each visitor must answer in writing under the penalties of perjury. By signing the "Request to Visit an inmate" form, visitors agree to allow their person to be searched while they are on County property.
4. Visitors under age 18 years must be accompanied by parent (s) or guardian. (Proof of guardianship & birth certificate will be required.)
5. All visitors clothing must be appropriate for a facility visit. Clothing must be worn on the upper body at all times. Bare tops and bare feet are not permitted. Halter tops, tank tops, low cut tops, tube tops, or short skirts/shorts are not allowed. Hair curlers, hair pieces, barrettes, clips, scrunchies, hats or caps may not be worn. Clothing similar to that worn by the inmate population is not allowed to be worn by persons visiting the facility.

Inmate Handbook Excerpt

## VISITATION (CONT.)

6.  Visitors may not bring any items into the visiting areas. All other items, including foodstuff, baby nursing bottles and diaper bags, wallets and hand bags, money and jewelry including body piercing/body jewelry (with the exception of a wedding band and/or medic alert bracelet or pendant) must be left in the lockers in the visitors waiting area.

7.  Smoking is prohibited in the facility. All tobacco products and lighting materials are considered contraband and will be left outside the facility.

8.  Passing anything to a resident/visitor is prohibited. (No items will be allowed to be taken to or passed at visits by an inmate or visitor.)

9.  Any person who brings, or attempts to bring, any item of contraband into the jail will be prosecuted to the fullest extent of the law.

10. This facility will accept only a bank check or money order by mail for deposit in an inmate's account. The inmate will be given a receipt for the deposit.

11. No cameras are allowed in the jail without prior approval from the Jail Administrator.

12. No person suspected of being under the influence of alcohol or drugs will be allowed to enter the facility for visitation.

13. A former inmate cannot visit a current resident of the jail for six months from their last incarceration. After six months, must be approved in writing by the Jail Administrator or designee. Any person with pending criminal charges or under the supervision of probation and parole will be denied visiting privileges.

14. Inmates may only have 2 visitors at a time (number of children will be approved by staff as space allows).

15. Inmates will wear orange shoes to the contact and non-contact visiting area. There are no exceptions to this rule.

16. Inmates must conduct themselves with consideration and respect for others during visits. Any inmate/visitor who is loud and/or rude, who uses profane language or who involves him/herself in physical contact or confrontation with any other person during visits, will lose their visiting privileges. **There will be no physical contact.**

17. Any disruptive action which imposes on others visiting time shall result in termination of the visit. Each visiting area Officer shall submit a written report to the Shift Lieutenant before completing their tour of duty at that post. All details concerning the reason for termination of the visit shall be noted in the report.

Inmate Handbook Excerpt

**VISITATION (CONT.)**

18. All inmates are subject to search before and after a visit.
19. Any inmate may refuse a visit from a visitor at anytime.
20. Inmates in disciplinary status may be denied a visit. NOTE: This section does not preclude attorney/inmate, or clergy/inmate visits.
21. Inmates sequestered for medical observation must receive prior clearance from the medical authority for visits.
22. Visitors must comply with all rules and regulations governing visits.
23. All visitors must leave the jail grounds upon completion of their visits.
24. Any exceptions to the visitation rules must be approved by the Captain of the Corrections Division.
25. Children will be seated at all times (no running around the visit room)
26. No candy or gum chewing is allowed by an inmate or visitor.
27. Parents will not leave their children unattended on facility grounds/property (i.e. leaving children alone in jail lobby without supervision).

**SECTION-III-PRIVILEGES**

**COMMISSARY**

Inmates are permitted to purchase items that are available from the commissary or ordered through the commissary.

A. Inmates' money will be kept by the facility in a special inmate account. No inmate is allowed to have in their possession any form of money.
B. Each inmate will have the opportunity to purchase commissary once per week, except inmates housed in A-Pod. Items that are available for purchase will be listed on a price list. Inmates will be allowed to purchase a maximum amount of $60.00 each commissary day. Once an inmate has received the purchase, no change or adjustment to the inmates order will be made.
C. Inmates who do not have funds available shall be allowed to receive only necessary health and legal materials. Indigent inmates will also be furnished postage and stationery for special correspondence and attorney correspondence.

**COMMISSARY (CONT.)**

D. Money that is received at this facility will be credited to the appropriate inmate account. A copy of the receipt will be given to the inmate so that they are aware of the deposit made in their be half. No personal checks will be accepted by the facility.
E. Upon discharge or transfer from this facility, all money remaining on the inmate account will be returned to the inmate by check, payable to the inmate.
F. Commissary privileges are suspended when in disciplinary segregation except for hygiene items.

Medications and related items purchased from the Commissary may be retained by the purchaser in their cell. Listed below are the ***buy/ have limits.*** Failure to comply with the limits may result in disciplinary action and may cause the loss of the privilege to purchase these items.

| ITEM | PURCHASE/HAVE LIMITS |
|---|---|
| Multi Vitamins | 1 bottle |
| Cough Drops | 2 packages |
| Acetaminophen | 21 packages |
| Ibuprofen | 21 packages |
| Coral Cold Tablets | 21 packages |
| Vitamin C | 1 bottle |

**TELEPHONE**

All housing areas have COLLECT-CALL-ONLY phones available during the day and evening. Abuse of the phone may result in the loss of privileges for an indefinite period of time.

A. Telephones will be turned on only after the Pod Officer is satisfied that the housing area is in a secure, clean and acceptable condition.
B. Incoming calls are prohibited. In the event of an emergency, incoming calls will be verified by a staff member. Upon verification, the message will be given to the inmate. This is the only time phone messages will be delivered.
C. Telephone calls will be limited to 15 minutes through the phone carrier.
D. Non-collect telephone calls are not authorized and must be a verified emergency and approved by the Shift Lieutenant or designee
E. All telephone calls may be monitored/recorded.

Inmate Handbook Excerpt

**TELEVISION**

Each unit will be provided with a television set within the pod. The volume will be kept to a reasonable level at all times by the housing officer.

A. The television may be turned off by any staff member at any time if the inmates in the pod are uncooperative with regular operations. The television will be turned on once cooperation and order is restored.
B. The television will be repaired or replaced if a malfunction occurs caused by normal wear and tear. If the problem is caused by wrong doing or misuse, it will be repaired or replaced only after an investigation has been completed.
C. Taped movies may be shown as reward for compliance to regulations.
D. Televisions may not be turned on until 1800 hours from Monday through Friday. Weekends viewing hours are the discretion of the Pod Officer.

**FURLOUGH**

Sentenced inmates of the Cumberland County Jail may be eligible for furlough consideration if they reside at the Community Corrections Center. Inmates must be on a Work Release Program and have worked for at least one full week before applying. Emergency furloughs may be granted to any resident at the discretion of the Jail Administrator or designee.

**SECTION-IV-INMATE SERVICES**

**FOOD SERVICES**

While in the Cumberland County Jail, you will receive three meals a day, at 7am, 11 am and 5 p.m. Medical diets will be ordered only in special circumstances. Education will be provided by the Medical Department related to special needs. Request slips for religious diets will be submitted and approved by the Chaplain of the Corrections Division. Meals will not be withheld from any inmate for disciplinary reasons.

**HEALTH CARE**

The Cumberland County Jail maintains a qualified staff of medical professionals within the facility 24-hours a day. All health care is provided directly from the facility's medical staff or coordinated through the Medical Department.

A. If an inmate refuses medical treatment, the medical staff will ask them to sign a form indicating their refusal.
B. Persons detained 14 days or more will be given the opportunity to have a physical examination performed by the medical staff.

## HEALTH CARE (CONT.)

C. If an inmate has a medical problem, they are required to fill out a "Sick Call" form. If you have an emergency notify the Officer at once. Sick call sessions will be conducted on scheduled days.
D. All medications are prescribed by the doctor and issued through the Medical Department in accordance with the Doctor's orders. Inmates may be approved to keep certain medication on their person (KOP). This is for selected inmates.
E. The Nurse will dispense prescribed medication ordered by the doctor. A member of security and medical staff shall observe that all medicine is taken as directed.
F. A variety of over the counter medications may be purchased through the inmate commissary.
G. As of March 1 2005, the jail's Medical Unit will not provide Benzodiazepines, narcotic pain medication or sleeping medication. Only in rare cases i.e. cancer, recent surgery or terminal illness with severe pain will narcotic medication be made available. See medical staff for details.

## DENTAL CARE

Emergency dental treatment will be provided as needed. Limited dental treatment is available to all inmates and should be requested through the medical staff.

## SOCIAL SERVICES

Services to address a variety of problems are offered to inmates by staff and contracted service providers from the community to include but are not limited to:

A. substance abuse counseling;
B. life skills training;
C. psychiatric/psychological/substance abuse treatment evaluations;
D. educational assessment;
E. crisis intervention;
F. domestic violence counsel

## HAIRCUTS

Inmates will be afforded the opportunity to receive haircuts at least monthly. See Officer for fee. Haircuts will only be limited for safety, security, identification and hygiene purposes.

## SUBSTANCE ABUSE COUNSELING

The Substance Abuse Counselor provides addiction education, assessments, one-on-one counseling in the medium, minimum and Community Corrections housing units. Access to these classes and weekly AA/NA meetings can be obtained by submitting a request slip.

Inmate Handbook Excerpt

## DOMESTIC VIOLENCE EDUCATION

The opportunity for Change Program specializes in working with the domestic violence offender. Group therapy and education is available to interested inmates who have been classified as minimum or medium security. Inmates wishing to participate should submit a request slip and submit it to the housing officer.

## COGNITIVE SKILL PROGRAM

The Cognitive Skill Program is designed to help people change their reactions in conflict situations and to think about the choices that they make.

## LAUNDRY SERVICES

All inmates will be issued clean clothing and clean linen upon entering the Cumberland County Jail.

A. Linen and clothing items are the property the Cumberland County Jail and any damage done to these items (beyond normal wear and tear) will result in disciplinary action and restitution may be required.
B. Laundry will be completed by the pod laundry trustee according to the schedule in your housing area. When you leave your housing area you must take with you all items you were issued.
C. Inmates serving as trustees shall receive additional clothing as needed.

## RELIGIOUS SERVICES

Inmates have the right to freedom of religious affiliation and voluntary religious worship. You will be expected to recognize and respect the rights of others in this regard. Inmates will be allowed to worship on a weekly basis. Check your pod's schedule for details.

## LIBRARY

A library containing an assortment of reading materials is made available.

A. Inmates will be allowed to check out books and magazines from the inmate library. A maximum of three books or magazines may be borrowed at one time.
B. Inmates will have access to library materials twice weekly.
C. Inmates housed in areas that don't visit the Library will have access to the book cart when it is scheduled for that area.
D. All books and magazines in the library are the property of this facility. No books will be sent or taken home by the inmates.
E. Inmates who have books that they would like to donate should contact the Librarian to make the donation.

Inmate Handbook Excerpt

## EDUCATION PROGRAM

The facility provides an educational program designed to help in mates. Inmates may obtain a variety of services for continuing education. Contact a member of the Education Team for details.

A. An inmate who wishes to attend the G.E.D. program should send a written request to the Education Department.

B. Once an inmate is released from the Cumberland County Jail, arrangements may be made by the individual to continue the education at one of the adult education centers throughout Cumberland County.

C. All inmates attending classes are required to observe all rules and regulations and staff direction while participating. If the inmate refuses to cooperate, they will be prohibited from attending.

## VOTING

Inmates, who are registered, have the right to vote in any municipal, state or national election. To exercise this right, the inmate should contact a member of the Education Team no later than 14 days prior to the election, ask for an absentee ballot and make sure that it's cast with the appropriate Board of Election. No ballots will be processed on the day of the election.

## INMATE LABOR/TRUSTEE PROGRAM

The Cumberland County Jail utilizes inmates to perform such functions as food services, laundry services and sanitation. Various work assignments are available throughout the facility. For further details, please contact your housing unit Officer.

1. All work is done on a voluntary basis. Inmates are not forced to work any detail other than that which is customarily required for cleaning the inmate's own living area. However, if an inmate volunteers for a detail, they are expected to work whenever a staff member requests.

2. Only minimum security inmates with less serious charges who have demonstrated, by their behavior and cooperation, that they are trustworthy, may be considered to participate in trustee, community service and work release programs. A physical exam and TB test are required for medical clearance to participate in these programs.

3. Inmates may be removed from detail status for poor performance by the Trustee Coordinator. (This may be challenged through the inmate grievance system.) However, if a worker is removed from status, no disciplinary action can be taken without a mandated hearing.

4. Inmates participating in any sentence-reducing or work release program must be drug and alcohol free.

Inmate Handbook Excerpt

**VOCATIONAL TRAINING PROGRAM**

1. Inmates who are interested in participating in Vocational Training Programs should make a written request to a member of the Education Team using an Inmate Request Form.
2. Preference will be given to those inmates who have a high school diploma or GED, or who are nearing completion of a GED. Others will be admitted as space is available.
3. Vocational Programs currently offered at the facility include:
   a. Food Services/Culinary Arts
   b. Office Skills
   c. Employability Skills
   d. Garden Project
4. The Trustee and Inmate Labor programs also fall under the Education Team, and eligibility for this program is listed elsewhere in this handbook. These work programs provide selected inmates training and experience in a variety of jobs while they are either paid (non-sentenced inmates) or earn time off their sentence (eligible sentenced inmates). In addition to being assigned to work, training includes instruction designed to teach inmates skills such as attention to quality, responsibility, and initiative, which are the same skills employers seek.

**LIVING AREA**

Each inmate is required to keep his/her personal living area clean and sanitary. This includes the bunk and immediate floor area around the bunk, shelf space, any personal items, toilet and sink.

A. Cleaning supplies will be passed out daily by the housing officer.
B. Inmates must be out of bed with rooms cleaned and ready for inspection by 0900 hrs daily. Rooms must be kept clean ready for inspection throughout the day.
C. Inmates are required to keep all books and personal items neat and arranged in such a way as to allow easy inspection by a Corrections Officer or member of the Administration.
D. There will be no items kept in the windows or pasted to walls or lights except in designated areas.

**DAY ROOM**

All inmates are required to keep clean and sanitary all commonly accessible areas of the pod; including walls, floors, showers, toilets, tables, seating and window ledges. Cleaning supplies are available in the pod.

A. If the inmates in the pod do not clean the area after being instructed to do so, the television will be turned off or individuals may be locked down. Inmates may not be permitted to participate in any activities / programs until the pod is cleaned. Continued refusal to clean the area will result in further disciplinary action.

Inmate Handbook Excerpt

## SECTION-V-SANITATION

There will be an organized, supervised and continuous program of daily cleaning by all inmates in the Cumberland County Jail.

### PERSONAL HYGIENE

A. All inmates are required to keep his/her body clean and free from offensive odors or parasites, and is required to be dressed in the complete uniform whenever he/she leaves their immediate living area. In the event the inmate is going to trial, they may be allowed to wear personal clothing.
B. Personal hygiene items are available for purchase in the commissary.
C. Razors shall be issued between 0700-0845 daily and turned in to the issuing Pod Officer no later than 0900 hours daily.
D. Personal grooming (i.e. head and facial hair) is limited only for safety, security, identification, and hygiene purpose.

## SECTION-VI-GRIEVANCE PROCEDURE

Bases for filing grievances include but are not limited to an alleged violation of civil, constitutional, or statutory rights or of policy; an alleged criminal or prohibited act by a staff member; to resolve a condition existing within the jail that creates unsafe or unsanitary living conditions.

A. A verbal attempt should be made to resolve the complaint with the parties involved.
B. Any grievance that is not filled out properly i.e. use of profanity, misuse of the form will be returned to sender.
C. If a staff person's response, or lack of response to the situation where a grievance is needed, you may file a written grievance to the Jail Administrator or designee by filling out form F-160. This form is available from the Shift Supervisor through the Pod Officer. You will need to include the details of the complaint, how you attempted to resolve the matter and what corrective action you seek.
D. Staff and detainees are available to help during the grievance process.
E. Once the grievance is completed by the inmate, it will be deposited into the pod mailbox. A designated staff member will retrieve said grievance, affix his/her name to it, give the inmate his/her copy as a receipt and forward to the Administration.

Inmate Handbook Excerpt

**GRIEVANCE PROCEDURE CONT.**

F. The grievance will be reviewed by the Jail Administrator or designee and a staff member will be assigned to investigate the grievance.
G. The investigating officer will speak to the resident (s) and staff person (s) involved, if appropriate, and will gather all relevant information surrounding the incident. They will then make a recommendation to the reviewing authority.
H. The reviewing authority will then decide the matter based on the information gathered during the investigation and will provide the resident with a written response.
I. If you are not satisfied with the decision of the reviewing authority, you have 3 days to appeal to the Sheriff or designee. This is done by requesting the Inmate Grievance Appeal Form (F-160A). This is also a four-part form and the instructions for handling are the same as the Grievance Form.
J. You will not be punished for filing a grievance.
K. This grievance / appeal mechanism is not intended to circumvent established appeal procedures prescribed for disciplinary hearing decisions.
L. If you are still not satisfied with the outcome of this second step you may write to: Jail Inspector,
**Maine Department Of Corrections**
**State House Station # 111**
**Augusta, Maine 04333**
M. If you cannot afford postage, it will be provided for you. Your letter to the Jail Inspector will be considered privileged correspondence.

**SECTION-VII-DISCIPLINARY PROCEDURE**

All disciplinary action against an inmate will be administered in accordance with the following policy and no disciplinary action can take place unless these procedures are followed:

**LEVEL OF OFFENSE**

There are three levels of offense seriousness, i.e., minor infraction (informal handling), major violation (formal handling) and major offense (referred for possible criminal charges).

A. Major offenses are serious violations of state law and, therefore, may result in prosecution of the inmate in the appropriate court.
B. Major violations that are less serious violations of state law and/ or rules of this facility will be handled internally by disciplinary procedures.
C. Minor infractions are violations of general rules and regulations of the Cumberland County Jail and may be handled informally by the Pod Officer.

**INFRACTIONS**
**MINOR VIOLATIONS**

1. Indecent exposure. (C 0-10 days, D 0-30 days, F, G, H, I)
2. Failing to perform work as directed by a staff member. (C 0-10 days, D 0-30 days, F, G, H, I)
3. Lying or providing false statement to a staff member. (C 0-10 days, D 0-30 days F, G, H, I)
4. Participating in an unauthorized meeting or gathering i.e. 2nd fl. (C 0-10 days, D 0-30 days, F, G, H)
5. Being in an unauthorized area (i.e. another cell) (C 0-10 days, D 0-30 days, F, G, H)
6. Using any equipment or machinery contrary to instruction or safety standards. (C 0-10 days, D 0-30 days, F, G, H)
7. Using abusive or obscene language. (C 0-10 days, D 0-30 days, F, G, H, I)
8. Gambling, preparing or conducting a gambling pool, possession of gambling paraphernalia. (C 0-10 days, D 0-30 days, F, G, H)
9. Giving or offering any official or staff member a bribe or any thing of value. (C 0-10 days, D 0-30 days, F, G, H, I)
10. Loaning of property or anything of value for profit or increased return. (C 0-10 days, D 0-30 days, F, G, H)
11. Being unsanitary or untidy, failing to keep one's person and one's quarters in a neat, clean condition. (C 0-30 days, D 0-30 days, F, G, H)
12. Failure to follow safety or sanitary regulations. (C 0-30 days, D 0-30 days, F, G, H)
13. Unauthorized use of mail or telephones. (C 0-10 days, D 0-30 days, F, G, H)
14. Possession of money unless authorized. (C 0-10 days, D 0-30 days, F, G, H)
15. Possession of written correspondence from inmate to inmate. (exception U.S. mail) (C 0-10 days, D 0-30 days, F, G, H)
16. No pictures or other such material pasted/stuck to any surface in the cell. (C 0-30 days, D 0-30 days, F, G, H)
17. Engaging in excessive horseplay. (C 0-30 days, D 0-30 days, F, G, H)
18. No headgear will be worn in the jail. (i.e. hats, bandanas etc.) (C 0-10 days, F, G, H)
19. Failure to report to your cell and secure yourself behind the cell door at the designated time of lock-in. (C 0-30 days, D 0-30 days, F, G, H)
20. Insolence towards a staff member. (C 0-10 days, D 5-30 days, F, G, H, I, M)
21. Conduct which disrupts or interferes with the orderly running of the Pod. (less serious than Major B #11) (C 0-30 days, D 0-30 days, E, F, G, H, I)

Inmate Handbook Excerpt

**MINOR VIOLATIONS (CONT.)**

22. A proper and complete uniform will be worn at all times in the Day room (s). (C 0-10 days, F, G, H)
23. Enter another's assigned cell. (C 0-10 days, F, G, H, I)
24. Cell Doors will remain Locked at all times unless entering or exiting cell. (C 0-10 days, F, G, H, I)
25. Entering the Officers work station area without the Pod Officers permission. (C 0-10 days, F, G, H, I)
26. Climbing over, sitting on or leaning against railings or tables will not be allowed. (C 0-10 days, F, G, H, I)
27. Day room furniture will not allowed in the outdoor/indoor recreation areas. (C 0-10 days, F, G, H, I)
28. Cell intercom is to be used in an emergency only. (C 0-10 days, F, G, H, I)
29. Excessive shouting or unnecessary noise. (C 0-10 days, F, G, H ,I)
30. Failure to enter your assigned cell when the Nurse enters the pod for medical rounds. (C 0-10 days, D, F, G, H, I)
31. Failure to sit at the dining tables upon arrival of the food cart and or failure to display appropriate behavior at chow times. (C 0-10 days, D, F, G, H, I)
32. Possession and/or creation of any pornographic material. (C 0-10 days, D 0-30 days, F, G, H)
33. Having any items from food cart in cell. (C 0-10 days, F, G, H, I)
34. No pictures, articles or advertisements will be cut from magazines, newspapers, books, flyers etc. Only pictures of inmate's family and friends will be allowed for possession or posting. (C 0-10 days, D 0-30 days, F, G, H)

**MAJOR "B" VIOLATIONS**

1. Threatening another with bodily harm, or any offense against another's person or property and any form of self harm. (A 0-30 days, B 0-10, C 0-30 days, D 5-60, M)
2. Extortion, blackmail, protection, demanding or receiving money or anything of value in return for protection against others to avoid bodily harm. (A 0-30 days, B 0-10 days C 0-30 days, D 5-60 days, M)
3. Making sexual proposals or threats to another person. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, E, F, H, M)
4. Attempting or planning escape. (A 0-30,B 0-10,C 0-30 days, D 10-60, M)
5. Destroying, altering or damaging government, state and county property or the property of another person. (A 0-20 days, B 0-5 days, C 0-30 days, D 5-60 days, J, M) **(Note: This facility will aggressively seek inmate funds as compensation for destruction or alteration of county property pursuant to M.R.S.A. 30A section 1562)**

**MAJOR "B" VIOLATIONS (CONT.)**

6. Stealing. (A 0-20 days, B 0-10 days, C 0-30 days, D 5-60 days, E, F, G, H, I, M)
7. Tampering with or blocking any locking device. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, J, M)
8. Possession or introduction of any explosive or ammunition. (A 0-30 days, B 0-10 days, C 0-30 days, D 10-60 days, M)
9. Engaging in or encouraging a group demonstration. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, E, F, G, H, M)
10. Refusing to obey an order of any staff member. (A 0-30 days, B 0-10 days, C 0-30 days, D 0-10 days, F, G, H, I)
11. Conduct which disrupts or interferes with the security and / or orderly running of the jail. (A 0-30, B 0-10, C 0-30 days, D 5-60 days, F, M)
12. Counterfeiting, forging or unauthorized reproduction of any document, article or identification, money, security or official paper. (A 0-30 days, B 0-5 days, C 0-30 days, D 5-60 days, E, F, G, H, M)
13. Failing to stand count or unexcused absence from the head-count. (A 0-30, B 0-5 days, C 0-30 days, D 5-60 days, E, F, G, H, M)
14. Interfering with the taking of the head count. (A 0-30, B 0-5 days, C 0-30 days, D 5-60 days, E, F, G, H, M)
15. Misuse of authorized/unauthorized medication. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, E, G, H, M)
16. Encouraging others to refuse to work or participating in a work stoppage. (A 0-10 days, B 0-5 days, C 0-30 days, D 0-30 days, E, F, G)
17. Tattooing, tattooing tools or self mutilation. (A 0-20 days, B 0-5 days, C 0-30 days, D 0-30 days, E, F, G)
18. Giving money or anything of value to, or accepting money or anything of value from, another inmate or member of an inmate's family. (A 0-10 days, B 0-10 days, C 0-30 days, D, E, F, G, I)
19. Smoking or possession of tobacco or other smoking contraband. (i.e. matches or lighters) (A 0-20 days B 0-10 days, C 0-30 days, D 10-60 days, M)
20. Any loss, damage, tampering, alteration or removal of the inmate I. D. (I.D. must be on person if out of cell) (A 0-30, B 0-10 days, C 0-30 days, D 5-60, F, M)
21. Repeated violations of minor rules. (three or more minors) (A 0-10 days, B 0-5 days, C 0-30 days, D 5-60 days, E, G, H, M)

Inmate Handbook Excerpt

**MAJOR "B" VIOLATIONS (CONT.)**

22. Failing to comply with any disciplinary action imposed by the Disciplinary Board or agreed to informal sanctions. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, J, M)
23. Any violation of a visiting rule shall be subject to disciplinary action. (A 0-30 days, B 0-5 days, C 0-30 days, D 5-60 days, M)
24. Refusing to submit to a strip search. (A 0-10 days, B 0-5 days, C 0-30 days, D 60 days, E, F, K, L)
25. Tampering with fire alarms, fire safety apparatus i.e. extinguishers, hoses, etc. or any other safety equipment. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, J, M)
26. Making intoxicants, using intoxicants, or being intoxicated. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, K, L, M)
27. The possession of or receipt of any contraband, including an attempt receive, or aiding or abetting another to receive, any contraband. This includes having such brought in or any attempt to have such brought in may result in criminal prosecution. (A 0-30 days, B 0-10 days, C 0-30 days, D 60 days, F, G, H, M)
28. Refusing to provide a urine or breath sample. (A 0-30 days, B 0-5 days, C 0-30 days, D 5-60 days, L, M) **( The standard for the maximum amount of time to provide urine is one (1) hour.)**
29. Unauthorized changing of cell assignment. (A 0-30 days, B 0-5 days, C 0-30 days, D 5-60 days, K, L, M)
30. Engaging in sexual acts with others. (A 0-30 days, B 0-5 days, C 0-30 days, D 5-60 days, E, F, G, H)
31. Refusal to exit cell when ordered. (A 0-30 days, B 0-10 days, C 0-30 days, D 0-10 days, F, G, H, I)
32. Sexual, ethnic or religious harassment will not be allowed. (A 0-30 days, B 0-10 days, C 0-30 days, D 5-60 days, K, L, M)
33. Any violation of Work Release or CCC rules. (A 0-30 days, B 0-10 days, J, L, M)

**MAJOR "A" VIOLATIONS / OFFENSES**

1. Assaulting or attempting to assault any person. (A 0-60 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
2. Fighting with another person. (A 0-30 days, B 0-10 days, C 0-60 days, D 5-60 days, E, F, I, M)
3. Escape. (A 10-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
4. Setting a fire. (A 10-30 days, B 5-10 days, C 0-60 days, D 10-60 days, J, M)
5. Murder or attempted murder. (A 0-60 days, B 0-30 days, C 0-60 days, D 10-60 days, M)

**MAJOR "A" VIOLATIONS / OFFENSES CONT.**

6. Rape.
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
7. Rioting or encouraging others to riot.
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
8. Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife or unauthorized tool.
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
9. Possession, introduction, or any attempt to possess/introduce or use of any narcotics, narcotic paraphernalia, drugs, or intoxicants not prescribed by the Medical Department.
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
10. Taking hostages.
(A 0-30 days, B 0-30 days, C 0-60 days, D 10-60 days, M)
11. Attempted Suicide
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)
12. Any act that may or may not be covered in the Inmate Handbook which would constitute a Felony or Misdemeanor under any municipal, county, state and federal law or ordinance.
(A 0-30 days, B 0-10 days, C 0-60 days, D 10-60 days, M)

**DISCIPLINARY SANCTIONS**

A Placement in disciplinary segregation.
B Loss of good time as prescribed by law.
C Loss of privileges within the offenders classification (i.e. Extra Recreation, television).
D Removal from work programs for up to 60 days.
E Change in living unit.
F Early lock in for up to 14 days.
G Work detail.
H Reprimand
I Apology
J Monetary restitution
K Termination of furlough
L Loss of furlough privileges
M Permanent removal from the Community Corrections Center and work programs run from that facility (Community Services and Work/School Release)

- Allowable punishment increases in amount upon repetitive violations within a 90 day period.
- Any conviction of a major rule violation by an inmate residing at the Community Corrections Center will result in permanent removal from that facility.

## DISCIPLINARY SANCTIONS CONTINUED

Any inmate who is a trustee or on the Inmate Labor Program and receives Disciplinary Segregation time will be removed from the program. They may request to be reconsidered for the program once sanctions have been completed.

## CONTRABAND DEFINITION

Any item not issued to the inmate by Cumberland County Jail Staff, purchased from the Commissary or approved by the Jail Administrator or designee. This includes alteration of any item that is issued, purchased or approved.

## INFORMAL RESOLUTION

The process of resolving a minor violation of the rules and/or establish conduct informally. The process is designed to reduce paperwork and encourage prompt and fair disposition of minor offenses. The Officer will complete a minor infraction form (F-200) and a Supervisor, not involved in the incident, will review the Minor Infraction Report, provide the inmate with a hearing and decision usually the same day. If the Supervisor supports the Officer's decision he/she will have the inmate sign the form. In order to maintain the orderly running of the housing unit the Officer has the authority to lock-down the inmate. This is not considered discipline. Providing the sanction is less than 48 hours, the discipline will be imposed with or without the inmate signing the form. The signature shows agreement with the informal resolution. If the sanction is more than 48 hours and the inmate does not agree to the discipline, the matter will be forwarded to D-Boards. Informal resolution will typically include one or more of the following without affording inmates limited due process:

A. Verbal reprimand, warning, or counseling by a staff person, or deprivation or limitation of privileges not to exceed 48 hours;
B. Lock down for four (4) hours, not to exceed 48 hours;
C. Early lock-down in the evening for two (2) days;
D. Additional cleaning duty for up to two (2) days;
E. Loss of television privileges for up to two (2) days; and
F. Written apology

## FILING OF CHARGES

When an offense has been committed, an Inmate Disciplinary Report (DR) must be filed against the inmate within 24-hours of completing the DR.

A. The DR must include the inmate's name, the offense committed and date of the offense and reporting Officer's statement of facts.

B. Upon filing a DR, no disciplinary action may be taken against the inmate until such time as a hearing is held to inmate's guilt or innocence.

C. Upon filing a DR, if it is determined that the security and general order of the area requires that an accused inmate be separated from population, the inmate may be placed on administrative lock-down status until a hearing is conducted, or a waiver of hearing is signed by the inmate, or until such time as the Lieutenant feels that the security of this facility is no longer threatened. No privileges may be taken, until a hearing is conducted or a waiver of hearing is signed by the inmate.

D. When an offense has been committed by an inmate, a DR must be written. When the report is completed, the inmate will receive a copy within 24-hours of completing the DR.

E. A pre-hearing will be started within 24 hours of the inmate being provided a copy of the report. The review will be conducted by a Supervisor for the purpose of dismissing or referring the violation to the Disciplinary Board.

F. No disciplinary hearing may take place until 24 hours after the inmate has received notice of the charges pending against him. However, the inmate may consent, in writing, to a hearing within less than 24 hours. When possible all hearings must take place within 7 days, excluding weekends and holidays, of the charge notice.

G. Inmates are notified of the time and place of the hearing at least 24 hours in advance of the hearing.

## DISCIPLINARY BOARD

A Disciplinary Board (the Board) will be chaired by the Jail Administrator or designee and have two other members empowered to conduct a hearing and impose disciplinary sanctions in compliance with policy and procedure.

A. The Board shall have investigative powers in all cases involving violations of the rules and regulations of this facility for the purpose of determining facts related to the case.

B. The Board's recommendations will be subject to final approval by the Jail Administrator or designee. No one individual may impose sanctions on an inmate.

C. Any staff member directly involved with the incident will not be allowed to sit on the Disciplinary Board.

## SUSPENSION OF PRIVILEGES

The type and duration of punishment imposed will be limited according to the severity of the offense committed. In all cases where privileges are suspended, privileges shall mean:

1. Visitation above and beyond the two hours required by state statute.
2. Commissary except for minimum personal hygiene items.
3. Television.
4. Telephone except for calls to attorneys.

## HEARING

An inmate disciplinary report (DR) must be completed on all rule violations that require formal resolution. The report will be forwarded to the Shift Supervisor, inspected for accuracy and further investigation. The Disciplinary Board will conduct a hearing in all cases that an inmate disciplinary report has been filed.

1. The inmate has the right to be present at the hearing, except during hearing reviews or if their behavior justifies their absence or removal. Such absence or removal shall be documented.
2. The inmate has the right to appear on their own behalf, or have another inmate and/or consenting staff member represent them upon request.
3. The Disciplinary Board Hearing Officer maintains a list of available Disciplinary Board Staff Representatives. A representative is appointed when it is apparent that an inmate is not capable of collecting and presenting evidence effectively on his/her own behalf.
4. The inmate has the right to call witnesses. It is the responsibility of the inmate to provide notice and have his/her witnesses available for the Hearing. Facility officials may refuse to allow certain witnesses from appearing only when doing so would be unduly hazardous to institutional security. When witnesses are refused, the Board shall state in the record the reasons for the refusal. It is the responsibility of the inmate charged to notify his/her witnesses and ensure that they are available for testimony. If an inmate witness is going to be released or will be out of the building during D-Boards, a written statement may be submitted to the D-Board.
5. The inmate may be excluded from their hearing during the testimony of any witness whose testimony must be given in confidence, but the reason (s) for the inmates absence or exclusion must be documented.

**HEARING (CONT.)**

6. If the inmate chooses not to appear before the Board or to remain silent, the Board may not use it as a deciding factor against the inmate when choosing guilt over innocence.
7. If an inmate is determined to be mentally impaired and cannot fully understand the consequences of their action, then the matter shall be referred to the mental health staff rather than the Disciplinary Board.

**APPEALS PROCEDURE**

An inmate who has been found guilty of a violation of the rules and regulations of this facility shall have the right to appeal their case to the Jail Administrator or designee. Inmates are advised of their right to appeal decisions of the Disciplinary Board at the time they are provided the decision.

1. The appeal must be written, signed and dated by the appealing inmate within 10 days of the decision. Note, an inmate may be required to start disciplinary segregation immediately after sanctions have been approved by proper authority. However, once an appeal is filed any sanction will stop until the appeal is answered.
2. The Jail Administrator or designee shall consider the merits of the appeal based on the following 3 factors:
   a. If there was substantial compliance with disciplinary procedure.
   b. If the decision was based on facts and evidence presented.
   c. If the sanction imposed is proportionate to the infraction.
3. Jail Administrator or designee will review the final appeal as soon as possible. The decision on an appeal will be rendered within 15 days of receipt of the appeal.

**SECTION-VIII-GENERAL INFORMATION**

The Housing Officer is your direct authority. Any non-compliance with this authority may result in your immediate removal from the housing unit and placement into administrative segregation.

**EMERGENCY PROCEDURES**

The Cumberland County Jail has developed a plan to quickly and safely evacuate inmates from the facility in case of an emergency. If an emergency should arise, only the area of incident will evacuate. All others will lock in place! Each Pod is built as a separate unit with sprinkler heads, smoke detectors and a smoke and heat evacuation system. These built in features, along with an outdoor exercise area, would not cause evacuation except in areas of incident. For your safety, full cooperation is essential. Evacuation diagrams are on the wall of each pod. You should make yourself familiar with the diagram in the pod you are being housed.

Inmate Handbook Excerpt

**COUNTS**

There will be counts performed at various times during the day. Each inmate is required to be in their cell or bunk area whenever a Count procedure is taking place. Inmates are prohibited from interfering with the Officer making the count.

**SEARCHES**

Searches of the inmate and his/her living area may be conducted at any time. Cell searches may take place in the absence of the inmate. Inmates are allowed to have in their possession the following items, if such items do not accumulate in excess, unsafe, or nuisance amounts:

1. 1 --laundry bag
2. 2 --pairs of pants
3. 2 --shirts
4. 3 --pair of underwear
5. 3 --pairs of socks
6. 2 --undershirts (females only)
7. 2 --blankets (a 3rd blanket may be issued as needed)
8. 2 --sheet
9. 2 --towels
10. 1 --pair footwear
11. 1 --hygiene packet which contains the following:
    - 1-----toothbrush/toothpaste
    - 1-----bar soap
    - 1-----comb

**RELEASING PERSONAL PROPERTY**

1. Fill out a request slip and submit to property.
2. On the request slip, write the name of the person who will be picking up your property.
3. On the request slip, list the property you want to send out.
4. The request slip must be submitted to the Property Officer in order for or your property to be released.

Inmate Handbook Excerpt

## COMMUNITY SERVICE AND WORK RELEASE

Sentenced inmates are eligible for the Community Service or Work Release Programs, which run from the Community Corrections Center, if they:

A. Are classified minimum security
B. Have obeyed jail rules and regulations, and have served (usually) as a trustee.
C. Have been approved by the Classification Committee and the Sheriff for either of these programs.
D. Pass a drug test.
E. Have complied with the plan set forth by the Classification Committee.
F. Have obtained medical clearance

Inmates interested in being considered for these programs must apply to the Classification Unit and/or complete a request slip to the Community Service or Work Release Officer.

## RELEASE PLANNING

Each inmate can participate in an in-house release planning program. Complete a request slip to the Release Planner.

A. The Release Planner will coordinate with other programs in the facility and in the community to provide services including but not limited to the following:
   1. Probation requirements
   2. Social Security and other benefits
   3. Banking and financial assistance
   4. Sources of public assistance
   5. Community substance abuse resources
   6. Legal issues
   7. Health care issues
   8. Mental health resources

## TIME CALCULATION

An inmates incarceration time is computed in accordance with Maine State Law. Any question can be answered by the Classification Department and/or Trustee Coordinator.

## ADDRESSING STAFF

Residents shall approach and address staff with respect and courtesy. Staff shall treat inmates in a like manner. Derogatory remarks to or about staff may result in disciplinary action.

Inmate Handbook Excerpt

## MONEY

At the time of booking, all monies you may have in your possession will be deposited in and credited to an account established for you. Any money in your possession thereafter will be considered contraband. There will be no transfer of monies between inmates unless authorized by the Jail Administrator or designee. Money orders and bank checks only may be mailed in to your account. A receipt will be issued to you by the end of the next business day.

## TRANSPORTS OPTIONS

The Cumberland County Jail is centrally located. The facility is close to St. John Street and the Greyhound bus station. The jail is easily accessible by automobile or taxi. Another option is utilization of the local bus service. Bus schedules are posted in the lobby at the main jail.

## PRETRIAL RELEASE SERVICES

The Cumberland County Jail has contracted with a non profit agency dedicated solely to the provision of pretrial bail services. Submit a request form to Maine Pre-trial Services.

## SEXUAL ABUSE/ASSUALT
## Prevention and Intervention

### SEXUAL MISCONDUCT IS ILLEGAL

**What is Sexual Misconduct?**

- *Inmate-on-inmate sexual abuse/assault.* This is one or more inmate(s) engaging in or attempting to engage in a sexual act with another inmate, or the use of threats, intimidating, inappropriate touching, or other actions or communications by one or more inmates aimed at coercing and/or pressuring another inmate to engage in a sexual act.

- **Staff-on-inmate** sexual assault includes seeking or attempting to engage in a sexual act with any inmate or parolee or the intentional touching of the inmate/parolee's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desire of another person. In this definition, staff includes contractors, representatives or volunteers to the Department of Corrections. It also includes staff from other federal state, or local jurisdictions.

**SEXUAL ABUSE/ASSUALT CONTINUED**

Sexual misconduct is sexual abuse or sexual assault. It includes in mate-on-inmate sexual activity and staff-on-inmate/parolee sexual activity.

Even though you may want to clean up after the assault, ***it Is important that you see the medical staff before you shower, wash, drink, change clothing, or use the bathroom.*** Medical staff will examine you for injuries which may or may not be obvious to you. A. medical professional may perform a pelvic and/or rectal exam. They will also check you for sexually transmitted diseases and gather physical evidence of the assault.

**Do I have to consent to a medical exam?**

Your consent is needed for a medical exam. If the sexual activity was recent, you will be asked to consent to a sexual assault exam. You have the right to refuse the examination. However, if you have been the victim of sexual misconduct, it is critical to collect as much evidence as possible.

**Can I get medical care without giving evidence of sexual misconduct?**

It is very important that you understand that you can receive medical attention for any injuries, and for female inmates or parolees for pregnancy testing, without submitting to a sexual assault examination. The medical care is for the purposes of treating any injuries and keeping you healthy. Medical information gathered during treatment is confidential. You must sign a medical release in order for the medical information to be used as evidence in sexual misconduct. You have the right to refuse to sign the medical release.

**Do I have to reveal the assailant?**

No. However, you will be strongly encouraged to identify the assailant in order to protect yourself and others from future attacks. Individuals that sexually abuse or assault inmates can only be disciplined and/or prosecuted if the assault is reported and they are identified.

**How do I report sexual misconduct?**

Report the activity or solicitation to any staff member or supervisor. All correctional staff members have been informed of their responsibility and obligation to report such activity. Correctional staff is any person who works for, or is contracted by, the Cumberland County Jail. This includes the Jail Administrator, your doctor, or your clergy.

**SEXUAL ABUSE/ASSUALT CONTINUED**

You can also send a letter/grievance to Jail Inspector at Maine Department of Corrections at the address found on page 17 of this booklet. Office of Internal Affairs; or to the **State of Maine Attorney General's Office at 6 State House Station Augusta Maine 04333.**

**What will happen to me if I make allegations knowing them to be false?**

If the investigation reveals that an inmate has made false allegations or made a material statement that he/she, in good faith, could not have believed to be true, the Sheriff's Office may take appropriate disciplinary or legal action.

**Recovering From Sexual Assault**

Any form of coerced or illegal sexual activity is degrading. Mental health staff within the institution are available to help inmates recover from the emotional impact of sexual assault.

Released inmates can seek help from local mental health agencies or Crisis Intervention Centers.

**How can I avoid sexual assault?**

Everyone can take steps to reduce the possibility of sexual assault. Some of those steps are:

- Carry yourself in a confident manner. Do not permit your emotions (fear/anxiety) to be obvious to others. Do not accept gifts or favors from others. Most gifts come with strings attached.
- Do not accept an offer from another inmate to be your protector.
- Find a staff member or supervisor with whom you feel comfortable discussing your concerns about sexual misconduct.
- Be alert! Contraband substances such as drugs and alcohol will weaken your ability to stay alert and make good judgments.
- Be direct and firm if others ask you to do something you don't want to do.
- Stay in well lit areas.
- Choose your associates wisely. Look for people involved in positive groups and activities.
- Trust your instincts. If you sense a situation is dangerous, it probably is.

Inmate Handbook Excerpt

## SEXUAL ABUSE/ASSUALT CONTINUED

**Where can I get more information?**

Inmates can direct any questions they may have to a Mental Health Counselor or facility Chaplain.

**REMEMBER**

Sexual misconduct is a serious crime. The Department of Corrections will investigate all reports of sexual misconduct. If you are the victim of sexual misconduct, **REPORT IT IMMEDIATELY**.

Allegations of sexual misconduct will be investigated by law enforcement authorities. Perpetrators will be subject to a full range of criminal and administrative actions.

It is never appropriate for a staff member to make sexual advances, comments, or engage in sexual contact with an inmate/parolee. Even if the inmate/parolee wants to be involved with the staff person, the staff person is not allowed to respond.

Finally, it is not appropriate for an inmate to approach a staff person for the purposes of sexual activity.

Inmate Handbook Excerpt

**POD/CELL INSPECTIONS**

- Beds are made (cannot be in bed sleeping/resting)
- Floors are clean & swept
- Nothing in vents or call box (i.e. nothing blocking bottom vent & nothing stuck in upper vent)
- Toilet must be clean
- Sink must be clean
- Trash-can must be emptied & clean
- No items in cell windows (including cell door window)
- No extra mattresses
- No items/pictures stuck to any surface
- No writing on wall or beds
- No more than 3 library books per person & no more than 6 personal books or magazines, not including legal, religious & educational materials
- No games left in cell (Board games, chess, cards etc.) unless they are purchased from commissary
- No paper towels left in cell
- No towels or blankets on floor or in your doorway
- No chow cart items (food/drink) allowed in cell
- No salt/pepper shakers allowed in cell
- No completed puzzles left lying around
- Must have proper clean issued storage bin (one per person)
- All clothing must be hanging from hooks, neatly folded in storage bin or placed in laundry bag
- Any paperwork must be neatly piled
- Footwear must be on your feet, placed under bunk on floor or on the floor under the hooks
- All personal property & miscellaneous items must be neat & orderly
- No foul odors (i.e. body/foot odor)
- No empty soup cups
- Any item purchased or issued that has been altered becomes contraband & is subject to discipline
- Any item (s) belonging to Cumberland County that is altered/destroyed becomes subject to discipline/reimbursement
- You must have a slip from medical out on top of bunk for inspections for any specially approved items such as canes blankets etc.

**Inmate Handbook Excerpt**